IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-10-3236 |
| LOT 25, BLOCK 1, OF TOWNE LAKE SECTION 2, A SUBDIVISION IN HARRIS COUNTY, TEXAS, | § § § § § | |
| Defendant. | § | |

## ORDER

The government filed a motion for continuance of the scheduling conference, (Docket Entry No.10 ). The motion is granted. The initial pretrial and scheduling conference is reset to **April 29, 2011, at 9:00 a.m.**  The joint discovery case management plan is due by April 15, 2011.

SIGNED on January 27, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge